# Miller v. O'Bryan.

APPEAL from Marshall Chancery Court.

Heard before the Hon. S. K. MCSPADDEN.

O. D. STREET, for appellants.

LUSK & BELL, *contra.*

Bill filed by appellees, as judgment creditors of appellant, T. J. Miller, to set aside as fraudulent a conveyance of real estate by said Miller to his mother, Martha A. Miller. There was a decree granting the

relief prayed for.   Decree reversed and cause remanded.
Opinion by HARALSON, J.